UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK LIFE INSURANCE COMPANY,

    Plaintiff,

- against -

OMAR J. GREEN and PERCHELE GREEN,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

**Order Designating Case to Non-ECF Status**

08 Civ. 4311(PKL)

**LEISURE, District Judge:**

    Due to the fact that defendant Omar J. Green is proceeding *pro se*, it is hereby ORDERED that this action be exempt from electronic-case filing and that all future filings be made in the traditional manner according to the rules of this Court. Counsel shall submit documents to this Court's Cashier's Office and Mr. Green shall submit documents to this Court's *Pro Se* Office. All parties are advised that service of all future documents shall be made by mail or personal service.

**SO ORDERED.**
New York, New York
September 4, 2008

COPIES MAILED TO COUNSEL OF RECORD ON 9/4/08

                                              /s/ Peter K. Leisure
                                              PETER K. LEISURE
                                          United States District Judge